**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7132**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

RYAN O'NEIL LITTLE, a/k/a LA, a/k/a Youngblood,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:95-cr-00105-MOC-1)

_____

Submitted:  November 17, 2011       Decided:  November 23, 2011

_____

Before KING, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ryan O'Neil Little, Appellant Pro Se.  Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan O'Neil Little appeals the district court's order denying various motions in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Little</u>, No. 3:95-cr-00105-MOC-1 (W.D.N.C. July 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>